IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RODRIGO SANDOVAL and ARACELY MARTINEZ, both INDIVIDUALLY and AS NEXT FRIENDS OF A.R.S. – 1 AND A.R.S. – 2 THEIR MINOR CHILDREN | § § § § § § | |
| V. | § § | CASE NO. 2:17-cv-00179 |
| MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC AND ARKAN ANTWAN SABRI | § § § § | |

## FINAL JUDGMENT

On this day, came on to be heard the above entitled and numbered cause. RODRIGO SANDOVAL and ARACELY MARTINEZ, both INDIVIDUALLY and as NEXT FRIENDS of A.R.S.-1 AND A.R.S.-2, THEIR MINOR CHILDREN, appeared in person. Defendants MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI appeared by and through their counsel of record. Dane Bruun, heretofore appointed by this Court as guardian ad litem, appeared for the minor Plaintiffs.

The Court was informed that this matter had been compromised and settled by agreement, which is in full and final satisfaction of Plaintiffs' causes of action, and of any and all future claims, demands and expenses whatsoever that might accrue to Plaintiffs, or to others by virtue of the injuries and damages to Plaintiffs, occurring on or about May 19, 2017, in Jackson County, Texas, in the subject accident, set forth in Plaintiffs' Original Complaint, and any subsequent pleadings on file in this Case.

Great American Assurance Company on behalf of its insured, MARK TRANSPORTATION, LLC has agreed to pay to Plaintiffs the sum of $92,500.00 and National

Indemnity Company, on behalf of its insureds, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, has agreed to pay to Plaintiffs, subject to the approval of the Court, the sum of $507,500.00, for a total settlement amount of $600,000.00 (SIX HUNDRED THOUSAND DOLLARS AND NO CENTS), in full settlement of all claims, demands, and causes of action, whether known or unknown, which have arisen, or which may arise, as to the damages of the Plaintiffs, as a result of the accident in question made the basis of this lawsuit, and further providing that the Plaintiffs agree to indemnify and hold harmless these Defendants, MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI and anyone in privity with Defendants, MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, from any liens, including but not limited to hospital liens, medical liens or claims, Medicare and/or Medicaid liens or claims, assignments, attorneys' fees, expenses, and/or referral fees, and/or subrogated claims for any expenses incurred as a result of the accident in question to the extent of the amount of this settlement; and it was announced that the compromise settlement was being made on a disputed claim, Defendants having denied any liability to the Plaintiffs. The payment for the sum of $600,000.00 shall be issued as follows:

1. Cash Payments:

    A. $92,500.00, payable by or on behalf of MARK TRANSPORTATION, LLC, by Great American Assurance Company, to Wigington Rumley Dunn & Blair, LLP, Trustee;

    B. $352,533.40, payable by or on behalf of K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, by National Indemnity Company, to Wigington Rumley Dunn & Blair, LLP, Trustee;

    C. $82,538.22, payable by or on behalf of K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, by National Indemnity Company, to Columbia Insurance Company, for the funding of the periodic payments, described below;

    D. $72,428.38, payable by or on behalf of K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, by National Indemnity Company, to Columbia Insurance

2

Company, for the funding of the periodic payments, described below.

2. Future periodic payments as follows (the "Periodic Payments"):

Payee: Alexis Sandoval
$1,000.00 per month for seven (7) years (84 payments) guaranteed, commencing 11/17/2033 with the last guaranteed payment on 10/17/2040; and $52,000.00 guaranteed lump sum payment on 11/17/2040

Payee: Arlene Sandoval
$1,000.00 per month for seven (7) years (84 payments) guaranteed, commencing 10/25/2029 with the last guaranteed payment on 9/25/2036; and $48,700.00 guaranteed lump sum payment on 10/25/2036.

National Indemnity Company will enter into Reinsurance Agreements with Columbia Insurance Company, specifically authorizing National Indemnity Company to designate Columbia Insurance Company as the exclusive obligor of the future Periodic Payments required to be paid to each Payee as outlined above and in the Complete Release and Settlement Agreement and Indemnity Agreement. Said Periodic Payments are being paid on account of personal physical injuries within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

IT IS FURTHER ORDERED, ADJUGED and DECREED that the rights to receive Periodic Payments granted to each minor Plaintiff in this Judgment may not be sold, transferred, hypothecated, pledged, or otherwise alienated in any manner, directly or indirectly, without the prior approval of the then-sitting Judge of this Court, as evidenced by an order approving such transaction entered after compliance with all requirements of the Structured Settlement Protection Act, §§ 141.001, Texas Civil Practice and Remedies Code, as it now exists or may hereafter be amended, or any successor to such statute. Any purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment rights that has not been so approved will be a direct violation of this order.

All sums set forth above constitute damages on behalf of the Plaintiffs, other than punitive damages, on account of personal physical injuries or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

It is further Ordered that once payment is made as set forth above, MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI shall be fully relieved and discharged from this judgment and all liability, claims, demands and causes of action whatsoever asserted in this action.

The Court thereupon called for evidence bearing upon the settlement agreement. After hearing the evidence pertaining to the manner in which the accident occurred, the liability and fault of the parties, if any, the nature and extent of all injuries and damages sustained by the minor Plaintiffs, and all other evidence pertaining to the matters involved herein, the Court, being of the opinion that such agreement of settlement as to the minor Plaintiffs is in the best interest of the minor Plaintiffs, and approves the compromise settlement.

The Court further finds the Next Friend to be fit and proper to act in such capacity for Minor Plaintiffs. IT IS FURTHER ORDERED that Dane Bruun, Guardian Ad Litem for the minor children, be allowed a fee of $ 4800.00 to be paid directly to him, by, or on behalf of, Defendants, in the same proportion as the cash payments designated heretofore.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the aforementioned settlement sums shall be paid by or on behalf of Defendants MARK TRANSPORTATION, LLC, K&M EXPRESS, LLC and ARKAN ANTWAN SABRI, in the amounts and manner designated heretofore.

IT IS FURTHER ORDERED that Defendants MARK TRANSPORTATION, LLC, K&M

EXPRESS, LLC and ARKAN ANTWAN SABRI, be discharged from all liability to Plaintiffs by reason of the incident described in the pleadings filed herein, and that no execution shall issue on this Judgment but the same shall be entered as having been fully satisfied, except for costs herein, including the Guardian Ad Litem fee, which are taxed against Defendants.

Said Complete Release and Settlement Agreement and Indemnity Agreement is a Full and Final Settlement and Compromise of all matters between the parties.

It appearing to the Court that Defendants will pay the consideration due and owing on the date of this Final Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that said Judgment is fully and finally and all things APPROVED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that no pre-judgment or post-judgment interest will accrue on the amounts paid by Defendants to Plaintiffs as reflected above.

By their signatures on this Judgment, all parties to this cause of action hereby waive all of their rights to appeal this Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that any and all relief not specifically granted herein is hereby denied.

SIGNED and ENTERED this ___11___ day of _April_, 2018.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
R. REAGAN SAHADI
State Bar No. 24042369
**SAHADI LEGAL GROUP**
414 S. Tancahua St.
Corpus Christi, TX 78401
Tel.   (361) 760-3300
Fax:   (361) 760-3310

ATTORNEYS FOR PLAINTIFFS

_____  With Permission
LARRY J. GOLDMAN
State Bar No. 08093450
Federal ID No. 341
Larry@ljglaw.com
JUSTIN T. WOODS
State Bar No. 24061082
Federal ID No. 2469408
Justin@ljglaw.com
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Telephone: (210) 340-9800
Facsimile: (210) 340-9888

ATTORNEYS FOR DEFENDANTS,
K&M EXPRESS, LLC and
ARKAN ANTWAN SABRI

_____ with Permission
MATT W CHILDS
State Bar No. 04202050
Federal ID No. 16999
**BUSH + RAMIREZ**
mchilds@bushramirez.com
5615 Kirby Drive

Suite 900
Houston, Texas 77005
Telephone: (713) 626 1555
Fax: (713) 622 8077

And

*/s/ Casey Batchelor*

JOHN CASEY BATCHELOR
State Bar No. 24064967
Federal ID No. 1038764
**HARTLINE DACUS BARGER DREYER, LLP**
cbatchelor@hdbdlaw.com
800 North Shoreline Blvd.
Ste. 2000N
Corpus Christi, TX 78401
Telephone: (361) 866-8000
Facsimile: (361) 866-8039

ATTORNEYS FOR DEFENDANT,
MARK TRANSPORTATION, LLC


*/s/ D. B.*

DANE C. BRUUN
State Bar No.24059506
Federal ID No. 876534
**WELDER LESHIN LLP**
dbruun@welderleshin.com
800 North Shoreline Blvd.
Ste. 300N
Corpus Christi, TX 78401
Telephone: (361) 561-8000
Facsimile: (361) 866-8039

GUARDIAN AD LITEM